### Redding Appeal.

Submitted June 11, 1973. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and SPAETH, JJ.

*Rhonda Lee Jordan*, Assistant Public Defender, for appellant.

*Stewart J. Greenleaf* and *J. David Bean*, Assistant District Attorneys, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

224

OPINION BY CERCONE, J., September 19, 1973:
Order of the lower court affirmed.

This appeal is governed by the decision rendered in the companion case of *Commonwealth ex rel. Parker v. Patton*, 225 Pa. Superior Ct. 217 (1973).